# Third District Court of Appeal

## State of Florida

Opinion filed October 6, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2250
Lower Tribunal No. 15-25902
_____


**Maria Elsa Acuna,**
Appellant,

vs.

**Raul Alarcon, Jr.,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

The Law Offices of Eddy O. Marban, and Edilberto O. Marban, for appellant.

Cole, Scott & Kissane, P.A., and Lissette Gonzalez, and Carly M. Weiss, for appellee.


Before EMAS, LINDSEY, and GORDO, JJ.

PER CURIAM.

Appellant Maria Acuna appeals the circuit court's order granting Appellee Raul Alarcon final summary judgment on her claim for unpaid wages under the Florida Minimum Wage Act.

The Florida Supreme Court recently amended Rule 1.510 and adopted the federal summary judgment standard laid out in <u>Celotex Corp. v. Catrett</u>, 477 U.S. 317 (1986). The Rule's effective date was May 1, 2021, and governs the adjudication of any motions decided on or after this date. <u>See In re Amendments to Fla. R. Civ. P. 1.510</u>, 317 So. 3d 72, 77 (Fla. 2021). For these reasons, this case is properly before the Court under the new summary judgment standard.

This case turns on whether Alarcon was Acuna's employer under the Florida Minimum Wage Act. Finding no reversible error, we affirm. <u>See Rodriguez v. Jones Boat Yard, Inc.</u>, 435 F. App'x. 885 (11th Cir. 2011).

Affirmed.